# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Lee Mergentime | Civil Action No. 09-cv-339 (PGS) |
| Plaintiff, | |
| v. | |
| Pelton & Crane LLC | ORDER |
| Defendants. | |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 12th day of August, 2009,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party upon good cause shown within sixty days may reopen the action if settlement is not consummated. The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.